**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CAROLYN A. MARCUS, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 2:10-cv-02486-EFM-DJW |
| TRADENET PUBLISHING, INC., | ) |
|       Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Carolyn A. Marcus ("Plaintiff") and Defendant TradeNet Publishing, Inc. ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's claims, in their entirety, against Defendant in the above matter should be dismissed, with prejudice, the parties to bear their own costs.

Respectfully submitted,

POLSINELLI SHUGHART PC

By: /s/ Robert J. Hingula
ANTHONY J. ROMANO (#13486)
ROBERT J. HINGULA (#22203)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
(816) 421-3355
Fax No. (816) 374-0509
aromano@polsinelli.com
rhingula@polsinelli.com

ATTORNEYS FOR DEFENDANT TRADENET PUBLISHING, INC.

DUGAN SCHLOZMAN, LLC

By: /s/ Mark V. Dugan
MARK V. DUGAN  (#70685)
HEATHER J. SCHLOZMAN (#23869)
7001 W. 79th Street, Suite 102
Overland Park, KS 66204
(913) 322-3528
Fax No. (913) 894-1686
mark@duganschlozman.com

ATTORNEYS FOR PLAINTIFF CAROLYN MARCUS

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 29, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark V. Dugan, Esq.
Heather J. Schlozman, Esq.
Dugan Schlozman LLC
7001 W. 79th Street, Suite 102
Overland Park, KS  66204
913-322-3528
Fax:  913-894-1686
mark@duganschlozman.com
heather@duganschlozman.com
ATTORNEYS FOR PLAINTIFF

/s/ Robert J. Hingula

2

017018.420215.2020229.1